**Order entered July 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01586-CV

### CATHIE REISLER, Appellant

### V.

### KEITH REISLER, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-50508-2010**

## ORDER

We **GRANT** appellant's July 11, 2013 unopposed motion for an extension of time to file

a reply brief. Appellant shall file her reply brief on or before August 20, 2013.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE